PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA A. VERMILLION, ESQUIRE #241354
BONNI S. MANTOVANI, ESQUIRE #106353
ANNA LANDA, ESQUIRE #276607
DIANA TORRES-BRITO, ESQUIRE #163193
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for Secured Creditor
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N,
U.S. Bank National Association, as Trustee
N.102-3808

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                              Bk. No. 16-42879

Marian Caguioa Almeda,                             Chapter 13

    Debtor.
_____/

### NOTICE OF APPEARANCE

    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N, U.S. Bank National Association, as Trustee , its assignees and/or successors in interest, ("Secured Creditor") by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Secured Creditor.  The undersigned hereby requests that any pleadings and documents with regard to the real property described as 730 40th Street, Richmond, California 94805 (Loan No. XXXX8080), to which Secured Creditor is entitled, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**

1

Case: 16-42879    Doc# 10    Filed: 10/21/16    Entered: 10/21/16 13:23:30    Page 1 of 3

**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: October 19, 2016   By */s/ Dean R. Prober*
Dean R. Prober, Esquire #106207

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Daniel Maximo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On October 21, 2016, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Marian Caguioa Almeda
730 - 40th Street
Richmond, CA 94805
Debtor

Patrick L. Forte, Esquire
Law Offices of Patrick L. Forte
1624 Franklin Street #911
Oakland, CA 94612
Attorney for Debtor

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2016, at Woodland Hills, California.

/s/ Daniel Maximo